UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

---

SUPREME BORN,
PLAINTIFF.

V.                           Civil Action No. 7:21-cv-651-KOB-GMB

Commissioner JEFFERSON DUNN
Sergeant BRANDIE SMITH (ADOC)K-9 OFFICIER
OFFICER K-9(Dog)(ADOC OFFICER)
LIETENANT RANDALL SANDLIN(ADOC K-9 Unit)
WARDEN JIMMY THOMAS at Bibb Correctional State Prison (ADOC)
individually and in their official capacities

DEFENDANTS.

---

## I. JURISDICTION & VENUE

(1). This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of the state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 42 U.S.C. 12101-12213 and 42 U.S.C. 2000cc-1(a) and Section 1985 of Title 42.

(2). Plaintiff Supreme Born seeks comensatory damages and punitive damages relief pursuant to 28 U.S.C. 1343(3), 1343(4), Civil Rights of Institutionalized Person Act, 42 U.S.C. 1997 et.seq. ("CRIPA").

(3). Plaintiff seek declaratory relief 28 U.S.C. Section 2201-2202.

(4). The court has suppemental jurisdiction over Plaintiff state law claim under 28 U.S.C. Section 1367.

(5). Plaintiff's Federal Tort Claims Act claim are authorized by U.S.C. Secion 1345.

(6). The northern District of Alabama is an appropriate venue under 42 U.S.C. Secion 1983 and 42 U.S.C. 12101-12213 because it is where the events giving rise to this claim occurred.

## II. Plaintiff

(7). Plaintiff Supreme Born, is and was at all times mentioned herein a prisoner of the State of Alabama in the custody of Bibb Correctional of Brent, Alabama. He is currently confined in Alabama State Prison, in Brent, Alabama 35034.

## III. Defendants.

(8). Defendant, Warden Jimmy Thomas head of Correction Department. Defendant, Jimmy Thomas is the Warden of Bibb Correctional Facilty. He is legally responsible for the operation of Bibb Correctional Facilty and the welfare of all inmates in that prison.

(9). The Director/Commissioner is Jefferson Dunn State of Alabama Department of Correction and each institution under its jurisdiction, including Bibb Correctional Facilty where Supreme Born is confined.

## IV. Facts

(10). At around 6:30am I Supreme Born was laying on my bed. I was in Dormitory B-1 on Bed 44-A when the K-9 Unit entered the dorm. There were several officer including K-9s(dogs). I Supreme Born turned over and placed my hands behide my head.

(11). After the K-9 Unit entered the dorm, they let the dogs loose to search for contraband in the dorm. There were several officers and dogs around my bed and in the area searching for contraband. There was no contraband found on me or my bed.

(12). While laying face down on my bed around another officer and a K-9 officer(dog) begin to sniff around my bed. THe officer and the K-9(dog) stop on the right side of my bed.

(13). I Supreme Born while laying face down on my bed, in compliance with procedure of (ADOC). That's when the K-9 Unit officers entered the dorm and say to lay face down on the bed with hands behide your head.

(14). "Upon information and belief" Officer K-9 Unit Sergeant Brandie Smith the K-9(dog) handler and the K-9 officer(dog) was standing by my bed. My head was turned to the left so I couldn't see the officer's beside me. I hear the K-9 officer Sergeant Brandie Smith give a command to the K-9 officer(dog) to jump up on the bed that is on top of me.

(15). "Upon information and belief" the K-9 officer(dog) tried to jump up on the bed above me the first time but failed. The K-9 officer Sergeant Brandie Smith give a command for the K-9 officer(dog) to go up a second time but failed.

(16). "Upon information and belief" I Supreme Born was still laying on my bed in compliancce with (ADOC) procedure to lay face down with hands behide head. K-9officer Sergeant Brandie Smith the (dogs) handler give a third command to go up to the bed above me.

(17). "Upon information and belief" on the third try to jump up on the bed K-9 unit officer Sergeant Brandie Smith gave the command to go up to the bed above me and the K-9 officer(dog) came down on my back. The assualt was serious and I was scared to move for fear of being bite or assaulted again by the K-9 Unit.

(18). "Upon information and belief" After the assault by the officer's Lietenant Randall Sandlin came over and asked me was this my muslim prayer rug hanging at the end of my bed, I Supreme Born answered yes, expecting an apology for the assault, he Lietenant Randall Sandlin K-9 unit took my prayer rug down and handed it to me.

(19). I Supreme Born was confused because because he didn't ask the other inmates to remove there items from the beds. I was in serious back pain. I asked anybody did they see what happened to me several inmates said yes.

(20). "Upon information and belief" Several inmates say they saw what had just happened. A trained K-9 officer(dog) Ilump up and landed on the back of Mr.Supreme Born. And he was just laying face down on his bed in compliance. Ther was no contraband in his possession or on his bed nor was there any contraband on the bed above Mr.Supreme Born.

(21). "Upon information and belief" All this happened in front of four(4) inmates and digital surveillance camera the K-9 officer's including Lietenant Randall Sandlin without Warden Thomas or any other supervisor being present.

(22). "Upon information and belief" I Supreme Born began to ask the inmates what happened and they said " that the K-9 officer(dog) had Ilumped up in the air and landed on the back of Mr.Supreme Born.

(23). "Upon information and belief" The witness are Steve Debose#279156; Robert Thomas#163517; Dwight Lampkin#166000; and Billy Howard#319814 inmate Billy Howard #319814 identified K-9 unit off9icer (the only white female there) the K-9(dog) handler a.k.a. Sergeant Brandie Smith and Lietenant Randall Sandlin K-9 unit by the name on his uniform. All these inmates slept by my bed and across from my bed.

(24). After the assault I Supreme Born immediately reported it to Lietenant Wilson when he entered the dorm after the officer's K-9 Unit had existed the dorm.

(25). After the assault I Supreme Born the same day 1/21/20 saw the prisons medical tech regarding the assault and serious back pain that I was experiencing. They give me a X-ray to see if any bones were broken and some pain pills.

(26). I Supreme Born have returned to the Health Care Unit several times at Bibb Correctional Facilty for serious back pain because of the assault by officer k-9 unit Sergeant Brandie Smith and the K-9 unit officer(dog) uint assaulted and vio;ated Mr.Supreme Born constitutional rights under the 8th Amendment; 14th Amendment; 5th Amendment. I Plaintiff Mr.Supreme Born have muscalar and nerve damages to my back causing physical serious pain and agony.

(27). You can refer to documents, affidavits, and other material that I have attached to the back of my compliant as "exhibits" in support of my compliant.

I Supreme Born would like to have my medical records supeonaed from Bibb Correctional Facilty for my compliant.

I plaintiff Supreme Born would like to have witnesses supeonaed from Bibb Corrctional Facilty and any other prison for my compliant and video surveillance tape. for my compliant.

IV. Exhaustion of legal remdies

(28). Plaintiff Supreme Born used the prison grievance system procedure available at Bibb Correctional Facilty to try and solve the problem on 1/21/2020. Plaintiff Supreme Born presented the facts relating to this complaint. No one har responed saying that the gievance has been recieved or denied. No date filed for appeal because to this day I have not had a response to the grievance. I also filed another grievance seven months later 7/3/2020 and have not anything as of this day.

(29). On 1/22/2020 I filed a 208 complaint with Personal Board, I have not heard anything as of this day.

(30). After that I Supreme Born had my father Mr.Dan L. Davidson Sr, to send a copy of the 208 compliant to the Department of Justice by certified mail, I Supreme Born and Dan L. Davidson have not heard anything as of this day.

(31). I Supreme Born sent a copy of the 208 complaint to Intelligences and Investigation. I have not heard anything as of this day.

(32). I Supreme Born had my father Mr.Dan L. Davidson Sr. send by certified mail a copy of the 208 complaint to Intelligence and Investigation. I have not heard anything as of this day.

## V. Legal Claims

(33). Plaintiff Supreme Born re-alleges and incorporate by refence paragraphs 1-32.

(34). Defendants, Officer K-9 Unit Sergeant Brandie Smith and K-9 officer(dog) K-9 unit (ADOC). Lietenant Randall Sandlin K-9 unit (ADOC) Alabama DDepartment of Correction used excessive force against Plaintiff Supreme Born was not violating any rules, and was not acting disruptively or moving at the time of the assault. Defendants, Sergeant Brandie Smith K-9 officer and K-9 officer(dog) and Lietenant Randall Sandlin K-9 unit (ADOC) actions violated plaintiff Mr.Supreme Born right's under the 8th Amendment; 14th Amendment; 5th Amendment of the United States Constitution and caused plaintiff Mr.Supreme Born, physical serious pain, suffering, physical injury, and emotional distress.

(35). Plaintiff Supreme Born has no plain, adequate or complete remedy at law to redress the wrong described herein, Plaintiff Mr.Suprene Born has been and will continue to be irreparably injuried by the conduct of the defendants unless this court grant Exemplary damages, Tort, Future damages, Constitutional tort, Intentional tort, Hedonic damages, Substantial damages, Punitive damages, Compensatory damages, relief which plaintiff Mr.Supreme Born seeks.

## VI. Prayer for Relief

Wherefore, Plaintiff Mr.Supreme Born respectfully prays that this court enter judgement granting plaintiff Mr.Supreme Born:

(37). A declaration that the acts and omissions described herein violated plaintiff's Mr.Supreme Born right's under the Coonstitution and Laws of the United States.

(38). Compensatory damages in the amount of $500.000 against each defendant jointly and separately.

(39). Puntive damages in the amount $500.000against each defendant jointly and separately.

(40). A Jury trial on all issues trialable by jury.

(41). Plaintiff's cost in this suit.
(42). Any additional relief this court deems just proper; and equitable.

Dated: 4-19-2023
Respectfully submitted

Supreme Born
565 Bibb Lane
Brent, Alabama 35034


## Verification

I have read the foregoing complaint and hereby verify that the matters alleged there in are true, as to these, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.
565 Bibb Lane, Brent, Alabama 35034 On this date 4-19-2023

Signature: _____
Mr. Supreme Born